**Latasha R. WILLIAMS, Plaintiff—Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security Administration, Defendant—Appellee,**

and

**Office of Hearings & Appeals, Defendant.**

**No. 05–2367.**

United States Court of Appeals, Fourth Circuit.

Submitted April 28, 2006.

Decided May 9, 2006.

Latasha R. Williams, Appellant Pro Se. Robert F. Daley, Jr., Assistant United States Attorney, Columbia, South Carolina; Bonnie Evelyn Sims, Assistant Regional Counsel, Denver, Colorado, for Appellee.

Before WILLIAMS and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Latasha R. Williams appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her action seeking disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Williams v. Barnhart,* No. CA–05–378–0–MBS (D.S.C. filed Nov. 22, 2005; entered Nov. 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*